IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSE CRUZ-MEDINA,
    *Petitioner*,

v.

KRISTI NOEM, *et al.*,
    *Respondents*

Case No. 25-cv-1768-ABA

## ORDER

As jointly proposed by the parties, the Court hereby ORDERS that:

1. Respondents' response to Plaintiff's Petition for Writ of Habeas Corpus ("Petition") is due on or before **June 11, 2025**;

2. Petitioner's reply in support of his Petition is due on or before **June 18, 2025**; and

3. The Court will hold a hearing on the Petition on **June 20, 2025 at 1:00 p.m**. via Zoom (with the hearing information sent to counsel beforehand).[1]

June 6, 2025

                       /s/
                       Adam B. Abelson
                       United States District Judge

---

[1] Petitioner has not requested, either in writing or at the status conference, an extension of the injunction established by Amended Standing Order 2025-01. *See* ECF No. 2. At the June 4 status conference, government counsel agreed that Petitioner is a member of the class certified in *D.V.D. v. DHS*, Case No. 25-cv-10676 (D. Mass.), in which a preliminary injunction has been entered enjoining removal of certain individuals to third countries unless stated conditions are satisfied. *D.V.D.*, ECF No. 64 (Apr. 18, 2025) (memorandum opinion and order certifying class and granting preliminary injunction in part).