## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSE CRUZ MEDINA,<br>    *Plaintiff*,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br>    *Defendants* | Case No. 25-cv-1768-ABA |

## ORDER

On June 23, 2025, the Supreme Court stayed the preliminary injunction granted by the U.S. District Court for the District of Massachusetts pending the disposition of the appeal in the U.S. Court of Appeals for the First Circuit. *Dep't of Homeland Sec. v. D.V.D.*, __ S. Ct. __, 2025 WL 1732103 (June 23, 2025). Each of the parties has relied upon the *D.V.D.* case in their arguments. *See* ECF No. 9 at 7–11; ECF No. 10 at 7, 11–12. It is therefore ORDERED that the parties shall file supplemental briefing by **Tuesday, July 8, 2025** regarding the impact of the stay in *D.V.D.* on the issues presented in this case.

Date:  July 1, 2025

_____/s/_____
Adam B. Abelson
United States District Judge