IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSE CRUZ-MEDINA,
    *Petitioner*,

v.

KRISTI NOEM, *et al.*,
    *Respondents*

Case No. 25-cv-1768-ABA

**TEMPORARY RESTRAINING ORDER AND BRIEFING ORDER**

The Court having entered a Temporary Restraining Order on Friday, September 12, 2025, at 10:21 p.m., ECF No. 30, and the parties having stipulated and agreed that that that order shall remain in effect for 14 days in order to permit the parties to brief Petitioner's request for entry of a preliminary injunction, it is hereby ORDERED as follows:

1. Per the parties' stipulation,

    a. Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby RESTRAINED—immediately and through Friday, September 26, 2025, at 10:21 p.m.—from removing Petitioner from the United States;

    b. A violation of this Temporary Restraining Order shall subject Respondents and all other persons bound by this Order to all applicable penalties, including contempt of court; and

    c. Respondents are directed to ensure that the custodian of Petitioner is served with this Order immediately.

2. Petitioner's motion for preliminary injunction is due on or before **Thursday, September 18, 2025**.

3. Respondents' opposition to Petitioner's motion for a preliminary injunction is due on or before **September 22, 2025**.

4. Petitioner's reply in further support of his motion and in response to Respondents' opposition is due on or before **September 24, 2025**.

5. A hearing via Zoom will be held on **Thursday, September 25, 2025 at 1:00 p.m. ET.**

Date:  September 16, 2025                     _____/s/_____

                                                                                Adam B. Abelson
                                                                                United States District Judge