IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSE CRUZ-MEDINA,

   *Plaintiff*,

v.

KRISTI NOEM, *et al.*,

   *Defendants*

Case No. 25-cv-1768-ABA

**PRELIMINARY INJUNCTION**

Upon consideration of the Motion for Preliminary Injunction filed by Petitioner (ECF No. 36), the government's response in opposition (ECF No. 37), and Petitioner's reply brief (ECF No. 38), as well as having held a hearing on September 25, 2025, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED as follows:

1. Petitioner's Motion for Preliminary Injunction (ECF No. 36) is GRANTED;
2. For a period from the date of this Preliminary Injunction until and unless an immigration judge affirms the negative fear determination, plus an additional 48 hours to preserve this Court's jurisdiction, Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby ENJOINED from removing Petitioner from the United States; and
3. The parties shall file a status report within 24 hours of their respective notice of the completion of review by an immigration judge.

Date:  October 7, 2025                             _____/s/_____
                                                   Adam B. Abelson
                                                   United States District Judge